IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SALLY PRIESTER, M.D.<br>Plaintiffs<br>v.<br>PUERTO RICO DEPARTMENT OF HEALTH, ET AL.<br>Defendants | CASE NO. 3:22-cv-01035-SCC<br><br>**CIVIL RIGHTS**<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF SALLY PRIESTER, M.D.

TO THE HONORABLE COURT:

COME NOW JOSEPH F. GIERBOLINI, ESQ. and PEDRO THMAS BERRIOS, ESQ., counsels of record for Plaintiff SALLY PRIESTER, M.D., and respectfully move this Honorable Court for leave to withdraw as counsel pursuant to Local Rule 83D(b) and the Court's inherent authority.

Counsel seek withdrawal due to circumstances that have arisen which render continued representation impracticable and inconsistent with counsel's professional obligations. This request is made in good faith and not for purposes of delay, harassment, or tactical advantage.

This Joint Motion is filed at the express request of Plaintiff SALLY PRIESTER, M.D., who has directed undersigned counsels to withdraw from representation and has been advised of her right and obligation to retain substitute counsel or proceed pro se. Plaintiff SALLY PRIESTER, M.D. has been notified in writing of counsels' intent to withdraw, has received a copy of this Joint Motion, and has been advised of her right and obligation to retain substitute counsel or, alternatively, to proceed pro se, subject to the Federal Rules of Civil Procedure and the Local Rules of this Court.

Granting this Joint Motion will not prejudice any party. No imminent deadlines will be disrupted, no hearings will be delayed, and Plaintiff will have a reasonable opportunity to secure

new counsel. The orderly administration of justice will not be adversely affected by the requested withdrawal.

Accordingly, good cause exists for permitting both undersigned counsels to withdraw simultaneously as attorneys of record in this matter.

**WHEREFORE,** the undersigned respectfully request that this Honorable Court: Grant this Joint Motion to Withdraw; Permit JOSE GIERBOLINI, ESQ. and PEDRO THOMAS BERRIOS, ESQ. to withdraw as counsels of record for Plaintiff SALLY PRIESTER, M.D.; Direct the Clerk of the Court to update the docket accordingly; and Grant such other and further relief as may be just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing Joint Motion to Withdraw as Counsel was filed electronically through the Court's CM/ECF system, which sent notification to all counsel of record, and that a copy was also served upon SALLY PRIESTER, M.D. at her address of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19 day of December 2025.

S/ Pedro Tomás Berríos Lara USDCPR 217611  
420 Ponce de León Midtown Suite 607  
San Juan, Puerto Rico 00919  
(787) 556-0440; pberrioslara@gmail.com

S/JOSEPH F. GIERBOLINI  
USDCPR 229014  
PO Box 191620 San Juan PR 00919-1620  
787- 225-5367; juriszone@capr.org