AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| SALLY PRIESTER, MD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  22-cv-01035-SCC |
| PUERTO RICO DEPARTMENT OF HEALTH, ET ALS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF SALLY PRIESTER, MD            .

Date:   12/24/2025                             f/Frederic Chardon Dubos
                                                               *Attorney's signature*

                                                    Frederic Chardon Dubos, Esq. 201601
                                                          *Printed name and bar number*
                                                          Urb Valle Arriba Heights
                                                          BD13 Calle Naranjo
                                                          Carolina PR 00983-3334

                                                                      *Address*

                                                          fcdlaw2025@outlook.com
                                                                *E-mail address*

                                                               (787) 908-2476
                                                              *Telephone number*

                                                                  *FAX number*