IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2026 FEB 13 PM 3:27

| | |
|---|---|
| **SALLY PRIESTER, MD**<br><br>Plaintiff,<br><br>v.<br><br><br>**PUERTO RICO DEPARTMENT OF HEALTH, ET AL.**<br><br>Defendants. | Civil No. 22-1035 (SCC)<br><br><br>CIVIL RIGHTS |

**CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING**

TO THE HONORABLE COURT:

NOW COMES the Plaintiff, Sally Priester, MD, *pro se*, and respectfully alleges and prays:

1) Concent to receive notices electronically in the above captioned case. In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification or orders, notices, and other documents that are filed in my case.

2) My lawyer is in critical health condition in and is not receiving communications.

WHEREFORE, the undersigned hereby agrees to the above conditions and elects to electronically receive NEFs to the email address listed below while the above case pending.

In San Juan, Puerto Rico this 13 day of February 2026.

**Sally Priester, MD**
PO Box 16106
San Juan PR, 00908
sallypriester@gmail.com